FILED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 22 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2023 DEC 22 A 9 53

TAMMY H. DOWNS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
\_\_\_\_Civil\_\_\_\_ DIVISION

CASE NO. **4:23CV1212-BRW-PSH**

This case assigned to District Judge Wilson
and Magistrate Judge Harris

Jury Trial: ☐ Yes ☑ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: **Reginald Tayborn**
ADC # **50162**

Address: **Pulaski County Regional Detention Fa. 3201 W. Roosevelt Little Rock, AR 72204**

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: **Sheriff Eric Higgins**

Position: **Sheriff of Pulaski County**

Place of employment: **Pulaski County Sheriff Office**

Address: **3201 W. Roosevelt Rd. Little Rock, AR 72204**

Name of defendant: **Assistant Sheriff C. Hendrick**

Position: **Assistant Sheriff of Pulaski County**

4

Place of employment: Pulaski County Sheriff Office

Address: 3201 W. Roosevelt Rd  Little Rock, AR 72204

Name of defendant: Deputy Lewis

Position: Sheriffs Deputy / Jailer

Place of employment: Pulaski County Jail

Address: 3201 W. Roosevelt Rd 72204

Name of defendant: Deputy Holmes

Position: Sheriff Deputy / Jailer

Place of employment: Pulaski County Jail

Address: 3201 W. Roosevelt Rd 72204

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: N/A

Defendants: N/A

5

    ☐    Court (if federal court, name the district; if state court, name the county):

            N/A

    ☐    Docket Number: N/A

    ☐    Name of judge to whom case was assigned: N/A

    ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

    ☐    Approximate date of filing lawsuit: N/A

    ☐    Approximate date of disposition: N/A

IV.    Place of present confinement: Pulaski County Regional Detention Facility

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

    \_\_\_\_\_ in jail and still awaiting trial on pending criminal charges

    ✓ serving a sentence as a result of a judgment of conviction

    \_\_\_\_\_ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes ✓    No \_\_\_\_\_

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

6

Yes ____  No ✓

If not, why? Because the jailers here in Pulaski County do not have a Grievance Officer that allows you to exhaust administrative remedies. I filed a Grievance on the Kiosks Computer and my response was the issue was resolved on 12/13/23 at 3:12 p.m.

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 12/5/23 at approx. 1830 hrs I suffered injuries to my lower back and legs, while being housed in Pulaski County Regional Detention Facility. On the night of the incident I was being escorted by Deputy Holmes to the bottom subday room for my 1 hr break in U-Unit. As I walked down two flights of stairs I tripped and fail down the stairs injurying my lower back and legs from the fall. I tried to rise up I discovered I couldn't feel my legs I was later taken to UAMS hospital and admitted for injury. On 11-8-23 I was placed in U-Unit cell 417 upper level by Deputy Lewis. Deputy Lewis was the Unit Deputy assigned to U-Unit He failed to do his job when he did not check to see what my medical restrictions were. I was assigned to lower level, bottom bunk by medical. I told medical when I first

7

arrived to Pulaski County Jail on March 26, 2023 that I had a leg injury to my lower left leg and I couldn't do any climbing or jumping up and down. Deputy Lewis put my life at risk when he did not properly perform his job duty. Deputy Lewis job as a Unit Deputy is to check all inmates medical restrictions before assigning a inmate to a cell Any inmates listed with lower level restrictions from medical are never surpose to be placed in a upper level cell. I feel that Deputy Lewis looked the other way and failed to do his job by not placeing me in a lower level cell as he should have. I am still suffering from my injuries and need medical attention "daily". I am hereby, naming Sheriff E. Higgins and Ass. Sheriff C. Hendricks in my "1983 civil lawsuit". The fact of the matter, is All named defendants are responsibable for the health and welfare of any and all inmates housed in the Pulaski County Regional Detention Facility.

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I hereby ask the honorable court that I be granted "relief" I will be seeking money damages or an Injunction for my pain and suffering.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this **Dec.** day of **20**, 20**23**.

*Reginald Taylor*
Signature(s) of plaintiff(s)

8

Reginald Tayborn
Pulaski County Regional Detention Facility
3201 W. Roosevelt
Little Rock, AR 72204

  

US POSTAGE
$00.9??

United States District Court
Clerk of Court
Atten: Pro Se clerk
600 West Capitol Ave, Rm A149
Little Rock, AR 72201

LEGAL MAIL