IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REGINALD TAYBORN**                                                                                         **PLAINTIFF**

v.                                        No: 4:23-cv-01212-BRW-PSH

**ERIC HIGGINS,** *et al.*                                                                                  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 12) and the objections filed (Doc. No. 14). After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommendation in all respects.

IT IS THEREFORE ORDERED THAT:

1. Tayborn's individual capacity claim against Lewis will proceed;

2. Tayborn's official capacity claim against Lewis is dismissed for failure to state a claim upon which relief may be granted;

3. Tayborn's claims against Higgins and Hendrick are dismissed for failure to state a claim upon which relief may be granted; and

4. Tayborn's claim against Holmes is dismissed without prejudice as improperly joined.

IT IS SO ORDERED this 26th day of February, 2024.

                                                  BILLY ROY WILSON
                                          UNITED STATES DISTRICT JUDGE