IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REGINALD TAYBORN**                                                   **PLAINTIFF**

v.                             No: 4:23-cv-01212-PSH

**DONZELL LEWIS**                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 25th day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE